UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JACQUELINE S. HOMANN, Trustee, <br><br> Plaintiff, <br><br> v. <br><br> NORFOLK SOUTHERN RAILWAY COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) Case No. 2:14-cv-40 ) ) ) ) ) ) |

## VERDICT

1. Do you find that Norfolk Southern Railway Company's violation of the Locomotive Inspection Act caused or contributed to Jonathan Sparks' injuries?

   __X__ YES

   _____ NO

Note: If your answer is no, please sign and date the other verdict form. No further deliberation is required.

2. Do you find that the plaintiff may avoid the terms of the release as a result of the parties' mutual mistake?

   _____ YES

   __X__ NO

Note: If your answer is no, please sign and date the other verdict form. No further deliberation is required.

3. What sum of money do you find to be the total amount of Jonathan Sparks' damages?

   $_____

_4-25-18_
Date

/s/Presiding Juror
Presiding Juror